**Electronically Filed
Supreme Court
SCPW-24-0000596
21-JAN-2025
07:57 AM
Dkt. 21 ODDP**

SCPW-24-0000596

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

JOSEPH PETERS-HOLOKAHI, Petitioner,

vs.

THE HONORABLE KEVIN A. SOUZA,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.

_____

ORIGINAL PROCEEDING
(1CPC-23-0001473)

ORDER DENYING PETITION FOR EXTRAORDINARY WRIT
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for extraordinary writ filed September 9, 2024, and the record, bail was set at $750,000 and then reduced to $500,000. This record does not reflect that the Respondent Judge's decision to deny Petitioner's motion to further reduce bail constitutes a flagrant and manifest abuse of discretion. See Hawai'i Revised

Statutes § 804-9 (Supp. 2019); Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, January 21, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

